Steven M. Speier, C.P.A.
Post Office Box 7637
Newport Beach, CA 92658
Telephone: 949-753-5862
Facsimile:  949-825-6471

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re | ) | Case No. 6:11-BK-31968-WJ |
|---|---|---|
| MARSDEN, BRYAN DEAN, MARSDEN, ANN MARIE, | ) ) ) | Chapter 7 |
| | ) ) | STIPULATION RE EXTENSION OF TIME WITHIN WHICH TO FILE 727 MOTION; OBJECTION TO DISCHARGE |
| Debtor(s). | ) ) ) ) | |

**IT IS HERE BY STIPULATED** between Debtor, Bryan Dean Marsden and Ann Marie Marsden, through their attorney of record, Donald M Medeiros, and Chapter 7 Trustee, Steven M. Speier, as follows:

1.    That the time within which to object to Debtor's discharge of the within bankruptcy proceeding pursuant to 11 U.S.C. §727 and all sub-parts thereto shall also be extended up to and including November 30, 2011.

2.    That the reason for this stipulation is that the parties are engaged in extensive discussions and informal discovery. The Trustee is currently investigating the validity of the Debtor's claimed exemptions as well as other claims listed in the Debtor's schedules and statement of affairs. The Trustee wishes to continue his investigation in

1

1  order to fully understand the facts and circumstances surrounding Debtor's claims and to
2  fully comply with his duties under Bankruptcy Rule 9011. Both Parties agree that such
3  extension of time in this instance is in the best interests of both the estate and the Debtor
4  inasmuch as, at least at the present time, full cooperation is being given.

5

6  IT IS SO STIPULATED:

7  Dated: October 13th, 2011

8  Steven M. Speier
   Chapter 7 Trustee

9

10 Dated: October 13th, 2011

11 Donald M Medeiros
   Attorney for Debtor

12

13 Dated: October 13th, 2011

14 Bryan Marsden
   Debtor

15

16 Dated: October 13th, 2011

17 Ann Marie Marsden
   Debtor

18
19
20
21
22
23
24
25
26
27
28